UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

**O.G.F. IMPORTING LLC,**                                       Case No.: 11-12475 (SMB)

                                    Debtor.
-----------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

William Gilroy, being duly sworn deposes and says:

1. This case is commenced by the Debtor filing a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). No creditors' committee has been formed as of the date of the Debtor's filing.

2. The Debtor had been engaged in the business of operating a restaurant known as the East Side Social Club located at 230 East 51st Street, New York, New York 10022 (the "Premises"). The Debtor is a small business as defined by section 101(51)(d) of the Bankruptcy Code. The filing was necessitated by cash flow problems caused by the recent economic crisis which gave rise to a dispute between the Debtor and Panta Realty Co., its landlord.

3. No pre-petition committee was organized prior to the order for relief.

4. The Debtor has no secured creditors

5. A summary of the Debtor's assets and liabilities will be set forth on the summary of schedules annexed to the petition.

6. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appear on Schedule F of the Chapter 11 Petition.

1

7. To the best of my knowledge, the only proceedings pending against the Debtor is an action entitled (i) <u>M Tucker Co., Inc. v. The Eastside Social Club</u> (Case No. 2872-CVN-2011) pending in the Civil Court of the City of New York, County of New York; (ii) <u>Ridge Produce Inc. v. O.G.F. Importing LLC East Side Social Club</u> (Case No. 6722-CVN-2011) pending in the Civil Court of the City of New York, County of New York; <u>Panta Realty Co., v. O.G.F. Importing LLC</u> pending in the Civil Court of the City of New York, County of New York.

8. No property of the Debtor is in the possession and custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

9. The Debtor maintains its principal place of business at the Premises.

10. The Debtor's principal assets are located at the Premises.

11. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors, and rehabilitate the business. The Debtor filed this Chapter 11 case to obtain the necessary time to resolve its dispute with its landlord or to market and assign its interests in the Lease.

12. The Debtor's senior management consists of me.

13. The estimated amount of payroll due to the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $00.00.

14. No salaries are currently being paid by the Debtor to its officers.

15. The estimated revenues and additional operating expense of the Debtor for the next thirty days are as follows:

**INCOME**
Income                $00.00

**EXPENSES**  $00.00

16. The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.

                                                         /S/ William Gilfory
                                                         William Gilroy, as Member

/S/ Joel Shafferman
Joel Shafferman
Notary Public, State of New York
No. 02SH6110071
Qualified in New York County
Commission Expires May 24, 2012